UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| v.  § § § § | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |
| MARTIEN EERHART, § TITUS VAN HEUR, and § MARINO MARRERO § (a/k/a "Marino Marrero Baez") § § Defendants. § § | CRIMINAL NO. 21-CR-42 |

## **ORDER**

The Government's motion to dismiss the indictment in the above-captioned case is granted.

It is therefore ORDERED that the indictment in the above-captioned case is hereby DISMISSED without prejudice.

SIGNED at Houston, Texas on the _____ day of January, 2025

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1